```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| LAWANDA J. JONES, | } |
| Plaintiff, | } |
| | } CIVIL ACTION NO. |
| v. | } |
| | } 2:15-cv-1620-WMA |
| AIR WISCONSIN, | } |
| Defendant. | } |

## **MEMORANDUM OPINION AND ORDER**

On January 13, 2016, the court dismissed plaintiff's action without prejudice because she failed to file an amended complaint, as twice ordered. (Doc. 7). On March 16, 2016, plaintiff filed a motion to reopen the case (Doc. 10), stating that she never received the court's orders because she moved to a new address and suspects that the postal service threw away her mail sent to the old address. The court's docket shows that most of the orders sent to plaintiff were returned as undeliverable.

"A party has a duty to keep the Court informed of his/her address." *Taylor v. Dist. Dir., INS*, No. 8:05-cv-1718T-30EAJ, 2006 WL 2092316, at *1 (M.D. Fla. July 26, 2006); *see also Lewis v. Conners Steel Co.*, 673 F.2d 1240, 1243 (11th Cir. 1982) (finding it "fair and reasonable for the plaintiff . . . to assume the burden of advising . . . of address changes"). Plaintiff's failure to comply with the court's orders is not excused by her failure to keep the court apprised of her current address. Further, she still

1

has not filed an amended complaint, as twice ordered by the court. Plaintiff's motion to reopen the case (Doc. 10) is accordingly DENIED.

    DONE this 23rd day of March, 2016.

                                               _____
                                               WILLIAM M. ACKER, JR.
                                               UNITED STATES DISTRICT JUDGE